Case 1:21-cv-02298-LDH-JRC   Document 16   Filed 12/29/21   Page 1 of 1 PageID #: 63

Clerk's Office
Filed Date:
12/29/2021
U.S. DISTRICT
COURT-EDNY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**JULIE KROUB, individually and on behalf of all others similarly situated,**

          **Plaintiff,**

    -v-

**FINANCIAL RECOVERY SERVICES, INC.,**

          **Defendant.**

**Civil Case Number:  1:21-cv-02298-LDH-JRC**

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' December 28, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-02298-LDH-JRC**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** <u>29th</u> **day of** <u>  December</u> **2021.**

s/ LDH
_____
HONORABLE LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE